GAMMA UPSILON CHAPTER OF KAPPA SIGMA, RESPOND-
ENT, v. CITY OF NEW BRUNSWICK ET AL., APPEL-
LANTS.

Argued May 21, 1941—Decided September 19, 1941.

For the respondent, *John B. Molineux.*

For the appellants, *Paul W. Ewing.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion *per curiam* in the
Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, BODINE, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFS-
KEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.